IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARIUS L. SPRINGER,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-cv-00863-O |
| **NFN HANSFORD and NFN STAMOS,** | § § § § | |
| Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 6. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(a) and (e).

**SO ORDERED** on this **9th day** of **June, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE